IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| TRINTEC INDUSTRIES, INC & TIME TO INVENT, LLC, | ) ) ) ) | |
| Plaintiffs | ) ) | Civil No. 03-1267 (RCL) |
| v. | ) ) | |
| PEDRE PROMOTIONAL PRODUCTS INC., | ) ) ) | |
| Defendant. | ) ) | |

ORDER

Defendant having moved pursuant to Fed. R. Civ. P. 12(b)(2) and (3) to dismiss the complaint for lack of personal jurisdiction and improper venue or, in the alternative, to transfer this action to the United States District Court for the Southern District of New York pursuant to 28 U.S.C. §1404; and the Court having considered the submissions of the parties, it is hereby:

ORDERED, that Defendant's Motion to Dismiss the Complaint be, and it hereby is GRANTED, and the Clerk is hereby directed to dismiss the complaint

SO ORDERED.                                             _____/signed/_____
                                                        The Honorable Royce C. Lamberth
                                                        United States District Court Judge

Date: March 25, 2004